**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JANTZ & JANTZ GBR d/b/a ANITA'S & BELLA'S ART/ARTWORK,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03531

Judge Matthew F. Kennelly

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | lenikbian |
| 2 | black friday 2024 ✈5-7 Days Delivery✈ |
| 4 | LiBwek |
| 5 | MBWTRP |
| 6 | SHILISTORE prime days 2024 |
| 8 | WUAI Warehouse Clearance |
| 10 | XUYULU | early black friday deals 2024 |
| 12 | MIDOO Deals of the Day |
| 15 | QINIANMAOYI |
| 16 | SuLianMaoWangLuo |
| 17 | 2024 HUTJDHA clearance sale |
| 21 | Black Friady of Deals 2024 |
| 22 | early black friday sales |
| 24 | YuppieCloth |
| 25 | yangwo carpet |
| 28 | lUCKYLUCKY |
| 33 | Cuekondy Clearance Sale |
| 34 | XINsio Yuanfenla |
| 35 | jianalong |

| | |
|---|---|
| 36 | VOUIGIPJU |
| 37 | Hai Peng's Shop |
| 41 | MOCOFO |
| 46 | LuxuryWind |
| 48 | zressxiao |
| 49 | Black Friday big deals clearance sale 2024 |
| 53 | hotcolor-pencil |
| 58 | WanNanShangHang |
| 59 | Yardsong |
| 60 | JiaYaojia Store |
| 62 | HONGPING |
| 63 | OuLeCongKeJi |
| 64 | looknapianhai |
| 65 | dingchongxinqq |
| 66 | Hengzhongfeng |
| 67 | SHIRUIO SHOP |

DATED: May 14, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 14, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt